No. 1309. REGINELLI v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 1322. McCAFFREY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *George J. Francis* and *Frances De Lost* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 1326. LUFTIG v. McNAMARA, SECRETARY OF DEFENSE, ET AL. C. A. D. C. Cir. Certiorari denied. *Stanley Faulkner* and *Selma W. Samols* for petitioner. *Solicitor General Marshall* for respondents.

No. 1352. NORTHERN STATES POWER CO. ET AL. v. RURAL ELECTRIFICATION ADMINISTRATION ET AL. C. A. 8th Cir. Certiorari denied. *Kenneth W. Green* and *Joe A. Walters* for petitioners. *Solicitor General Marshall, Assistant Attorney General Sanders, Alan S. Rosenthal* and *Harvey L. Zuckman* for respondents.

No. 1305, Misc. SUAREZ v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz*, Attorney General of New York, for respondent.

No. 1278, Misc. BARNEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.